## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RONALD VENTURA,

   Plaintiff,                         CASE NO.:  8:17-cv-00690-SCB-AEP

-VS-

CITIBANK, N.A.,

   Defendant.

_____/

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

      **COMES NOW** the Claimant, Ronald Ventura, and the Respondent, CITIBANK, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Claimant against the Respondent in the above styled action, with Claimant and Respondent to bear their own attorney's fees, costs and expenses.

      Respectfully submitted this 7th day of November, 2017.


*/s/ Octavio Gomez*_____

Octavio Gomez, Esquire

Florida Bar No.: 0338620

Morgan & Morgan, Tampa,  P.A.

One Tampa City Center

Tampa, FL 33602

Tele: (813) 223-5505

Fax: (813) 223-5402

TGomez@ForThePeople.com

LDobbins@ForThePeople.com

*Attorney for Claimant*


*/s/ John Dicks II (by permission)*_____

John L. Dicks II. Esquire

Florida Bar No.: 89012

john.dicks@akerman.com

sharon.wells@akerman.com

401 East Jackson St., Suite 1700

Tampa, Florida 33602

Phone: 813-223-7333

Fax: 813-218-5410*Attorney for Respondent*